IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM, | 1:12-cv-01340-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| vs. | (Doc. 15.) |
| MANAGEMENT & TRAINING CORP., et al., | ORDER DENYING PLAINTIFF'S MOTION FOR REMAND |
| Defendants. | (Doc. 10.) |

John Michael Crim ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2013, findings and recommendation were entered, recommending that Plaintiff's motion for remand, filed on August 23, 2012, be denied. On January 31, 2013, Plaintiff filed objections to the findings and recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendation to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendation issued by the Magistrate Judge on January 22, 2013, are adopted in full.
2. Plaintiff's motion for remand, filed on August 23, 2012, is DENIED.
3. Plaintiff is informed that if he desires to remove the federal causes of action and proceed under only state law, Plaintiff may file a motion to amend the complaint.

IT IS SO ORDERED.

Dated:  March 21, 2013

SENIOR DISTRICT JUDGE

2