1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11    JOHN MICHAEL CRIM,                          1:12-cv-01340-AWI-GSA-PC

12             Plaintiff,                         ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS
13         vs.                                    (Doc. 25.)

14    MANAGEMENT & TRAINING CORP., et al.,        ORDER DISMISSING ACTION, WITH
                                                  PREJUDICE, FOR FAILURE TO STATE A
15             Defendants.                        CLAIM UPON WHICH RELIEF MAY
                                                  BE GRANTED
16
                                                  ORDER THAT DISMISSAL IS SUBJECT
17                                                TO 28 U.S.C. § 1915(g)

18                                                ORDER FOR CLERK TO CLOSE CASE

19

20         John Michael Crim ("plaintiff") is a federal prisoner proceeding pro se in this civil

21    action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

22    636(b)(1)(B) and Local Rule 302.

23         On January 31, 2014, findings and recommendations were entered, recommending that

24    this action be dismissed based on plaintiff's failure to state a claim upon which relief may be

25    granted.  On February 5, 2014, Plaintiff filed objections to the findings and recommendations.

26    (Doc. 26.)

27         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

28    court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 31, 2014, are adopted in full;

2. This action is dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted;

3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011); and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 25, 2014                         _____
                                                   SENIOR  DISTRICT  JUDGE