# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MANAGEMENT & TRAINING CORP., et al.,<br><br>　　　　Defendants. | 1:12-cv-01340-AWI-GSA-PC<br>Appeal case # 14-17482<br><br>ORDER REGARDING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 35.)<br><br>ORDER FOR CLERK TO FORWARD PLAINTIFF'S APPLICATION TO THE NINTH CIRCUIT |

　　　　John Michael Crim ("plaintiff") is a former federal prisoner proceeding pro se in this civil action.  This case was dismissed on November 26, 2014, for Plaintiff's failure to state a claim. (Doc. 29.)  On December 17, 2014, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. (Doc. 31.)  The appeal was assigned case # 14-17482. (Doc. 33.)

　　　　On December 24, 2014, Plaintiff filed an application to proceed in forma pauperis at this court. (Doc. 35.)   In light of the Ninth Circuit's order issued on December 19, 2014, it appears that Plaintiff's application should have been filed at the Ninth Circuit. (Doc. 34.)

　　　　Therefore, good cause appearing, IT IS HEREBY ORDERED that the Clerk shall forward Plaintiff's application to proceed in forma pauperis, filed on December 24, 2014, to the Ninth Circuit.

IT IS SO ORDERED.

　Dated:　**December 29, 2014**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE